# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIORGIO ARMANI CORPORATION, d.b.a. ARMANI EXCHANGE, a New York Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01483-JAM-JDP<br><br>**ORDER**<br><br>Judge:        Hon. John A. Mendez<br>Dept.:         6<br>Magistrate:  Hon. Jeremy D. Peterson |

The Court has reviewed the Joint Motion For Second Extension of Time for Defendant to Respond to Complaint, DKT. #8, submitted by VALERIE BROOKS ("Plaintiff") and GIORGIO ARMANI CORPORATION, d.b.a ARMANI EXCHANGE ("Defendant"), (collectively, the "Parties") by and through their respective attorneys.

Good cause appearing for the extension of time to respond to Plaintiff's Complaint in this matter, IT IS HEREBY ORDERED that Defendant shall have until November 16, 2020, to file a responsive pleading to the Complaint.

////

////

IT IS SO ORDERED.

DATED:  October 16, 2020        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE