1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIORGIO ARMANI CORPORATION, d.b.a. ARMANI EXCHANGE, a New York Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01483-JAM-JDP<br><br><u>CLASS ACTION</u><br><br>Honorable John A. Mendez<br><br>**ORDER STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**<br><br>Complaint Filed: 07/22/2020<br>Trial Date:      None Set |

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendant Giorgio Armani Corporation d.b.a. Armani Exchanges' joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own costs, experts' fees, and attorneys' expenses.

IT IS SO ORDERED.

DATED: March 15, 2022        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE